IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:17-cv-109 CWR-FKB

ANGELA LINETTE HARRIS   18 U.S.C. § 656

**The United States Attorney charges:**

That from on or about October 28, 2009, through May 9, 2016, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **ANGELA LINETTE HARRIS**, being an employee of Trustmark National Bank, a bank insured by the Federal Deposit Insurance Corporation, with intent to defraud Trustmark National Bank, embezzled, abstracted, purloin or willfully misapply the sum of approximately $157,694.94 of the moneys, funds, assets or securities intrusted to the custody or care of Trustmark National Bank in that the defendant procured 12 unauthorized and fraudulent loans without the authority of the borrowers or the bank customers whose assets were pledged as collateral for the loans.

All in violation of Title 18, United States Code, Section 656.

HAROLD BRITTAIN
Acting United States Attorney